Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

### for the

Middle District of Florida

Jacksonville Division

|  |  |
|---|---|
| EDITH NGWABA | ) |
| _____ | ) |
| **Plaintiff(s)** | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| -v- | ) |
|  | ) |
| KATHERINA L. BARANOWSKI | ) |
| _____ | ) |
| **Defendant(s)** | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.  Do not include addresses here.)* | ) |

Case No. 3:17-CV-936-J-34PDB
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name        Edith Ngwaba Dobbins
Address      Oritadimma Obiatu E.
             1208 Lake Avenue Tallahassee
                          *City*                        *State*          *Zip Code*
County       Florida 32310
Telephone Number  850-345-0909
E-Mail Address    edithngwaba@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name             Katherine L. Baranowski
Job or Title *(if known)*  Field Office Director
Address          U.S. Department of Homeland Security
                 4121 Southpoint Boulevard
                      *City*                   *State*         *Zip Code*
County           Jacksonville; FL. 32216
Telephone Number  United States of America
E-Mail Address *(if known)*  1-800-375-5283

☑ Individual capacity    ☐ Official capacity

Defendant No. 2
Name             Mr. Howard E. Bowies
Job or Title *(if known)*  District Manager
Address          Social Security Administration
                 2002 Old St. Augustine STE B-12
                      *City*              *State*         *Zip Code*
County           Tallahassee, Florida 32301-9809
Telephone Number
E-Mail Address *(if known)*  866-248-2088

☑ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

| | | |
|---|---|---|
| **Defendant No. 3** | | |
| Name | *Victoria Kliner* | |
| Job or Title *(if known)* | *Director of Human Resources* | |
| Address | *605 Sumnee St.* | |
| | *Tallahassee   FL· 32399* | |
| | City   State   Zip Code | |
| County | | |
| Telephone Number | | |
| E-Mail Address *(if known)* | | |

☑ Individual capacity    ☐ Official capacity

| | | |
|---|---|---|
| **Defendant No. 4** | | |
| Name | | |
| Job or Title *(if known)* | | |
| Address | | |
| | City   State   Zip Code | |
| County | | |
| Telephone Number | | |
| E-Mail Address *(if known)* | | |

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*(See attached)*
*Section 1983 of the 1871 Civil Right Act*
*Prohibits violation of Civil Rights like the 1st Amendment right*
*and protects equal protection Clause on 14th Amendment*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

(See attachment)
Ms. Baranowski with maliciously and discriminated
Ordered and retrieved my Sons work Auto. Cancel and
Cancel a youths Status and also deny him equal Civil rights
42 USC 1983 Known as Section 1983 (Fed. law/Constitution

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any *tens of*
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." *Civil rights*
42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color
of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of
federal law.  Attach additional pages if needed.

(See attachement)
Each of the defendent both in the Civil Right Act
of 1964 under title 42, Chapter 21 of the United State
Code. Also the Civil Right of 1968 applied to such
**III.    Statement of Claim**  discrimination test my son has no status

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite
any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph.  Attach additional pages if needed..

A.    Where did the events giving rise to your claim(s) occur? (See attached)
1. At the U.S. Department of Homeland Security
4121 Southpoint Boulevard, Jacksonville FL. 32216.
2. Other defendts address all in United States (Florida)

B.    What date and approximate time did the events giving rise to your claim(s) occur? See Statement
(attachment)

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved?  Who else saw what happened?)* Please see attachment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.    Injuries** (Please see attachment)

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

**V.    Relief** (Please see attachment)

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/01/2017

Signature of Plaintiff    *Edith Ngwaba Dobbins*

Printed Name of Plaintiff    EDITH NGWABA DOBBINS

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

|  | City | State | Zip Code |

Telephone Number    _____

E-mail Address    _____

Case: 3:17-cv-00936-MMH-PDB

EDITH NGWABA
1208 LAKE AVENUE
TALLAHASSEE, FL 32310

------------------------------------------------------

```
MIME-Version:1.0
From:cmecf_flmd_notification@flmd.uscourts.gov
To:cmecf_flmd_notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:<16561629@flmd.uscourts.gov>
Subject:Activity in Case 3:17-cv-00936-MMH-PDB NGWABA v. BARANOWSKI et al Order
Content-Type: text/plain
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States
policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is
a transcript, the free copy and 30 page limit do not apply.


U.S. District Court
Middle District of Florida

Notice of Electronic Filing
The following transaction was entered on 11/6/2017 10:48 AM EST and filed
on 11/6/2017


Case Name: NGWABA v. BARANOWSKI et al

Case Number: 3:17-cv-00936-MMH-PDB
https://ecf.flmd.uscourts.gov/cgi-bin/DktRpt.pl?340440

Filer:


Document Number: 11


Copy the URL address from the line below into the location bar
of your Web browser to view the document:
https://ecf.flmd.uscourts.gov/doc1/047018058574?caseid=340440&de_seq_num=43&magi
c_num=MAGIC


Docket Text:
 ORDER directing the plaintiff to,
by December 8, 2017, file a second amended complaint consistent with this
order. See order for further details. Signed by Magistrate Judge Patricia
D. Barksdale on 11/6/2017. (Attachments: # (1) Civil rights complaint form)(BGK)


3:17-cv-00936-MMH-PDB Notice has been electronically mailed to:


3:17-cv-00936-MMH-PDB Notice has been delivered by other means to:
EDITH NGWABA
1208 LAKE AVENUE
TALLAHASSEE, FL 32310
```

The following document(s) are associated with this transaction:
Document description: Main Document
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1069447731 [Date=11/6/2017] [FileNumber=16561628-0]
[65608607625b77f8ab68c6d252c402a5804197841982302ccdddfbd9ee71350b2210352548aa1ed
11fb43e03f265944c21be308fab8133e56632b891fd559754]]

Document description: Civil rights complaint form
Original filename: n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1069447731 [Date=11/6/2017] [FileNumber=16561628-1]
[8f97a2d601aa33fd48ed16a21ccec9cfa3cb28c531d3870a0f662dfcb68b48e5c4f7ac646b7112f
0f5ebd8f597e9ab65663f4d8809f565f3724ce7d25ad785ff]]

To the Honorable Patricia D. Barksdale
(The united States Magistrate Judge)

**Note**: May I use this opportunity to thank you for allowing me another chance amending my sons Immigration status Complaint on Ms Katherine L. Baranoswski, Mr. Howards E. Bowies and Ms. Victoria Kliner. I sincerely want to thank you for your kind recommendations that allowed me again to modify this complaint with the help of your immense free legal information program with The Jacksonville Chapter of the Federal Bar Association through the assistance of Mr. Jeff Naynie. You're his advice to read supportive websites: www.flud.uscourts.gov. Thank you honorable Barksdale for your generously.

Date Nov.28, 2017,

1. **Parties**
   **Planitiff**
   EDITH NGWABA
   OSITADIMMA OBIAKU
   V.
   **Defendant**
   KATHERINE L. BARANOWSKI
   U.S DEPARTMENT OF HOMELAND SECURITY

   **Defendant**
   Mr. Howards E. Bowies
   SOCIAL SECURITY ADIMINISTRATION

   **Defendant**
   Ms. Victoria Kliner
   FLORIDA DEPARTMENT OF TRANSPORTATION
   DRIVING LICENSE OFFICE

11. **Jurisdiction**

The federal court have original subject matter jurisdiction over all cases arise under lawsuits against violating a federal civil rights that allows citizens that have been wrongfully deprived of their equity righty and intentionally retrieve and cancel a youths status to collect damages. I am suing in this court district site for

the court to enforce and allow us the privilege which Katherine L. Baranoswski interference give rise to a malicious action for injury.

Venue is proper pursuant to 28 U.S.C. 1391 because the property at issue in this complaint is located in this district.

### 111. Edith Statement of Facts:

1 On 17th May 1999 Edith Ngwaba came into United States of America with a multiple visa together with my son Ositadimma Emmanuel Obiaku (Osita).

2. Osita was born in Libraville Gabon at Annex De Lasobonne Gaborn clinic on ██████/1997 at 17.45 (uncertified Birth Declaration De Naissance) (Exbit1.)

3. The private clinic document of birth was submitted to the Republique the Gabonese Health Department issued his birth certificate on ██████1998 as seen on the American visa. The first line reads the issue date and the birth date and time of delivery.

4. As the French recognizes the declaration while the English preferred the birth date; for Osita as seen on the 1-94 used here in USA , as the immigration used the birth certificate date of ██████/1997. (Exbit11.)

5. A review on the translated Acte De Nissance consist of ; the file number, date of issued, place of issue, his birth date and time , his name, his parents name , profession and nationality. This is same as Elives Obiaku his brother. Both their names and date births are written in my passport. (Exbit111.)

6. This birth date has been always clear ,open and have been used for in United States system for Osita during his first status which is our change of visa (I-94) since 2000.As this is Ms. Baranowski major reason of denying, retrieving and cancelling my son's immigration status.

7. I filled for my residency together with Osita in 2000 and the evidence is Ostia received his work authorization on July 18/ 2001 (as in seen on the attached copy) and the a treasure identification while waiting for his Social Security number which he received around September 2001.

7a. As seen in the work card and in the immunization records; has both his date of birth and social security. Why everyone did not see any discrepancy in his date of birth except Ms. Baranowski. (Exbit 1V)

8. In 2002 when the Homeland Security invited me for my residency interview they ignored Ostia even if that I paid and filled for him, which brought his first status to the above level.

9. When I asked their reason was that Ostia was a minor

10. In July 29th, 2011 I filled again for Ositadimma and Elives Obiaku both their 1-130 and 1- 485. This is the time Ms Baranowski discrepancies allegation started.

11.  From 2011 to 2012 it takes a lot to prepare required documents, several trips to Gainesville to the selected Physicians for the clinical procedures as required by the U.S Department of Homeland Security.

12. I researched and used the immigration approved translators to preparer each of the birth certificate and birth declarations of my two sons.

13. In November 15th 2011; the immigration requested for several documents for me and my sons including evidence of lawful admission into USA.

14. On December 29th 2011 I submitted every document including new Birth Certificate and new birth Declaration from Libreville for this office to review any different.

15. I spent money over and over again to update the translated documents to meet the requirement of any French document.

16. Elives Obiakus documents were correct and accepted and he received his permanent residency on May 29th, 2012 by a male couscous diligent immigration representative. This is the same documents as Ostia. (ExbitV.)

17. Yet Ms Baranowski said she never received the same document as requested instead of reviewing like others. Ms. Baranowski numerously requested the same document as many times as she denied it.

18. All the documents she denied on July 2012 I spent another whole amount to order the same document from Libreville Gabon a copy of a birth certificate and declaration  for Ostia which has no changes only on the date issued as in the age declaration.

19. Which involves another translation update and yet she denied the appeal again and again until April 22nd 2013 only on Ostia. This raises a question isn't a parent documents for two children not same but different reviewers.

20. Ms. Katherine L. Baranowski alleged in the denied document that there are inconsistencies in my son's birth certificate; she concluded there was no parents name in the birth certificate document.

21. After several appeals and yet Ms Baranowski dined Osita residency, I suggested to her that she might be confused because Osita birth certificate documents should already be in the system from his first application in order.

22. To confirm her confusion and resolve her accusation of discrepancies' on Osita birth date as we were in her office, I presented Ositas Original work authorization card that was issued to him on 07/18/2001 as it bears his birthday.

23. Ms Baranowski got so mad and ordered me to hand over the card as she retrieves Ositas third immigration status (the work authorization card) from me.

24. I exclaimed at the U.S Department of Homeland Security in Jacksonville office and went home depressed and this action disables Ositadimmas life until today.

25. My question to her was "what has the birth certificate got to do with her retrieving the original card which has been given to us by the same office.

26. Without knowing that with power she removed all my son immigration status in the system for a youth that has lived in United States for 15 years.

27. During the same appeal I reminded Ms Baranowski to please review the documents which her co representative saw the same documents that she alleged of discrepancy, without parent's names, tax income after a year other representative approved and gave Elives Obiaku his residency.

28. Immediately Ms Baranowski threatened to cancel Elives Obiakus permanent residency on 2013, a document which was issued on May 29th, 2012. This document should be checked on to see if she did cancel it.

29. If one review Ms Baranowski decision on April 22, 2013. There is evidence of uncertainty as she stated that on December 13th 2012 that I appeared with my two son's birth certificate and there was a discrepancy.

30. Ms Baranowski started on that decision that she continued requesting for more documents for their 1-130 and 1-485 is an evidence of her bewilderment because Elives Obiaku has already received her residency since May 29th, 2012. (See attarched.

31. I also appealed again within 30days with all the required documents and fees and she denied it as a final decision again. That is the reason why I filled this case to the Federal Court.

**111a. Ositadimma E. Obiaku- Statement of Facts:** on the Social Security Office and Florida Driving License Office.

1. On Sept 14th 2015 I lost my bag due to a break-in by rubbers as evidenced by the police report.

2. The Social Security Administration on Sept. 14th 2015 Exb V. refused to replace Osita card due to their inability to verify his immigration status.

3. Mr Bowies upon the police evidence and Ostia Social Security number, she still refused to replace his card.

4. Upon Osita documents on the immigration status that made them to issue him the Social Security Number in 2001 which is still in their office file.

5. This was an eye opening to the damage caused by Ms. Baranowski as she denied, cancelled and retrieved Osita immigration status with thinking for his future.

6. Once Mr. Bowies confirm that Ositadimma Obiaku has no immigration status I sobbed, explained and provided the copies of evidenced of his documented status yet they refused to attend to him.

7. On October 2014, I visited the Florida Department of Transportation location at 2900 Apalachee Parkway, Room B-142 MS-76. In Tallahassee Florida, to obtain an identification Card when Osita was 17.

8. This was denied due to their lack of immigration status in the system.

9. In 2015 we went to request for Osita Driving License as his other classmates are getting theirs and driving to school and games. I was shocked as Ms Victoria Kliner refused to attend to Osita request.

10. Osita started crying immediately as we left the office, he said Mom how can I exist without ordinary identification card as a resident of Florida.

11. Ostia exclaimed all my friends even the ones that are new in Florida have identification Card and a Driving license.

12. With tears I promised him that it will be okay, yet it's not until today.

13. I wrote a letter to Ms Kliner with copies of my son's immigrations status, his clinical vaccination records and school records to indicate years of living in Florida and his immigration status.

14. This was to no avail.

15. In 2015 as he turned 18, he did not exist as a normal youth, my sons behavior changed to a strange altitude due to annoyance on me and the government

16. over his irrefutable status and my promise to him with evidence of his immigration status.

17. In 2016 I went with him and filled out an application form for a Driving License, I paid for it and included all evidence as mentioned above.

18. The lady representative told me that it will come out within three months. It is more than a year now.

19. Until today I have not received any thing from the Florida Department of Transportation for a youth who have lived in Florida for 15 years while identification cards are given to every youth at the age of 17 years old.

20. Until today Ms. Kliner is still holding the payment on Ositadimma E. Obiaku Driving License application.

21. The defendant violated my right and this action that caused the injury that has changed Osita positive ife, my relationship with him, as he thinks I am unable mother, no father since he was 2years, he can't drive like others and now no documents to work or go to college.

## 1V. Statement of Claim and Cause of Action

Claim 1.

Mother   Vs   U.S Department of Homeland Security ( Discriminative Negligence), Ms Baranowski  owned me a duty of care and protection but  she intentionally discriminated  that duty and  denied my son  his permanent residency as a result I suffered injuries and many damages up till now. Federal status (42 U.S.C SECTION 1981 a) There by violated my constitutional right by refusing my son his residency.

Claim 2.

I paid for 1-130 and!-1485 and its procedures in 2001 and again in 2011 for Osita and yet Ms Baranowski interfere and deprived my civil right section of 1981 of Title 42 ( Equal Right under the law) and as a result my son has no status in the United States system.

Cliam 3

Ms Baranowski numerous demand of the same birth certificate used by the Homeland Security office in 2001 over and over in name of alleging discrepancies and her inability to protect and care for a youths born by a citizen is a Conspiracies to interfere with Civil Rights( see 42 U.S.C. 1985); Conspiracy Against Right of Citizens(see 18 U.S.C. 241).

Claim 4

In 2013 ,Ms Baranowski got so mad and ordered me to hand over my sons card as she retrieves Ostia's third immigration status (the work authorization card) from me due to power and malicious discrimination based on my race, color, gender and nationality and thereby she violated; The Civil Right Act of 1964 under Title 42. ; Chapter 21 of the United States Code. Also the Civil Right of 1968 prohibits such discrimination yet my son has no status until today.

The Civil Right Act of 1994 prohibits violation of one's civil rights as Osita upon my expenses has suffered extreme emotional torture due to the injuries caused by his condition instead of being protected and privileged to my civil right liberty as American Citizen as specified in the Constitution. The Jurisdictional Status for Civil Rights Cases (see 28 U.S.C. 1443)

**IVa. Ositadimma Claims**

Claim 1.  Mother Vs Social Security Administration Tallahassee Florida,( Neglected me as they saw Ositas SS# written on the form. This is against the Florida Status Chapter 760. Discrimination and treatment of persons and minority representation:

Claim 2.  Mother Vs Florida Department of Transportation (Discrimination that violation of both State laws and Federal) as students without residency is granted a form of identification care in Florida at 17 years old. My son was mentally hurt; Equal and Civil Right Compliance. Florida Civil Right Act of 1992- Statutes and Constitution.

Claim 3.   Son   Vs U.S Department of Homeland Security (Negligent);  The Civil Action of Deprivation of Right (See 42 U.S.C. 1983) of a relative of an American Citizen.

Claim 4.     Son   Vs   Social Security Administration Tallahassee Florida (Negligence) Their action changed Osita perception of life as he still have his SS#. Florida Civil Right Act (ss.760.01-760.11)  ;and Equal Civil Right Acts of 1994.

Claim 5. Son   Vs Florida Department of Transportation; (Rejection and neglected) as they even received the license fee but never issued it. This is against the Florida Status Chapter 760. Discrimination and treatment of persons and minority representation:

**V. Injuries**

1.Ms Baranowski damaged my reputation, loss of my legal right, and the injury started with negligent and at last she intentionally discriminated and caused a life harm  she is responsible  for the payment  of damages  as a result of the damage she caused us.

2. Ositadimma  Obiaku was ignored during the first residency interview and as such deprived him of his equal civil right, and that caused me to apply both for the second residency and several appeals.

3. Through the loss of Ostia's legal right, they disable Ositadimmas life and caused him physical, mental and emotional damages and his educational growth and my expenses as such; Ms Baranowski is liable to replace, restore and pay for all our damages

4. Through harmful act and narrow-mindedness Ms Baranowski ) violently took Ostia first proof after denying the  second residency  and as a result invaded  my constitutional civil right as a citizen of United States.

5. The U.S Department of Homeland Security- Ms Baranowski,. Social Security Administration Tallahassee Florida- MR. Howard E. Bowies and Florida Department of Transportation-Ms. Victoria Kliner ) actions caused me a immense loss  financially, psychological and a detrimental act  to the family growth.

**VI. Request for Relief**

1. I plead to your honor to order an extraordinary remedy a cure in equity using a specific performance court order for Ms Baranowski to provide Ositas permanent

residency as a fairness act.( for Social Security to replace his Card and Florida Driving License to mail Ostia's paid Driving License to him.

2. To please order Ms Baranowski to make payment of money damages for compensation on her inability to ensure for our physical and mental integrity, as she exposed my life, Ostia safety, beyond her discriminative actions that caused unnecessary endless expenses to request for what my son deserve.

3. Order General Money damages to cover injuries of pain and emotional distress and special money damages to Osita financial support due to his inability to work or go to use financial Aid in college like others and his medical bills due to all these actions

4. It is fair if the court will order declaration of our rights and order for the defendant parties (Ms Baranowski,Mr. Howard E. Bowies and Ms. Victoria Kliner ) and their  departments to honor them, and use extraordinary  remedy to update Ostia's status and to prevent undesirable  neglects of such to  hinder any other person future as it delayed my son.

5. I plead to your honor order a punitive damages on Ms Baranowski personally not her office for her open discriminative harm of retrieving a youth prove of status and also the act of cancelling Ostia's status without a duty to care about his future.(Fed.R.Civ. P.8[a]).

## VII. In conclusion and Closing

 I must thank you the Honorable Patricia D. Barksdale ;( The united States Magistrate Judge) as this opportunity is all that remains for me a widow in a strange land though a citizen. Without your kind of generosity and recommendations; this unbearable conditions with my son status could lingered without any option due to financial incapacity to pay for an attorney. Thank you

 To the court as Ms Baranowski owned a duty of care to me and; that she breached that duty and that, as a result of that action I and Osita suffered many injuries. Ms Baranowski started with negligent and at last she intentionally caused life harm to Ostia in terms of time and to me a lot of damages and pain.

In conclusion because Ms Baranowski interfered and deprived I and Ostia's of our rights, as a result caused us injuries, we are entitle to compensation form Ms Baranowski (and other two defendants parties).

Ms Baranowski violated the Federal Constitution and law of the fifth and sixth Amendment protection to me a Citizen of United States and my son as an eligible Allen with immigration status. By the evil eye of removing already accumulated status and denial of their residency.

I strongly demand that Ms Baranowski to refund and repayment of the duplication of application and the appeals including the expenses of each one with the physician fees, clinical payment and translator's payments. All because of her inability to understand and acknowledge the Gabonise birth documentation as evidenced by the immigration approved translators.

Due to this long unaccomplished efforts upon the expenses all these has resulted to my being entrusted due to my financial incapacity to pay my auntie Dr. Marie Okeke a professor at FAMU and the Florida A & M University Credit Union and many others that supported my financial operation all those years. I am in debt of over $22,000 and a low credit which closed me up today without a job.

I demand the court to please consider the long expenses , emotional , physical and mental damages this issue has caused my life and that of my son and grant that Ms Baranowski approve my sons residency and check on Elives Obiaku permanent Residency as she threatened to cancel it and pay the $20,000 to assist me cure my financial injury.

Thank you again for this amending opportunity, may God make this the last upsetting journey to the stressful spending and a freedom of my son's oppression of no immigration status in United State. As I am crying writing each sentences due to the poignant suffering all these years.
Thank you for your time.

Date: 12/01/2017
Name: Edith Ngwaba Dobbins
Signature: *Edith Ngwaba Dobbins*
Phone: 850-345-0909

Date: 12/01/2017
Name: Ositadimma E. Obiaku
Signature: *Ositadimma E. Obiaku*