UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EDITH NGWABA,

    Plaintiff,

v.                                                   Case No. 3:17-cv-936-J-34PDB

KATHERINE L. BARANOWSKI, et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Report & Recommendation (Dkt. No. 27; Report), entered by the Honorable Patricia D. Barksdale, United States Magistrate Judge, on April 12, 2019. In the Report, Judge Barksdale recommends dismissing this case, with any claims belonging to anyone other than Ms. Ngwaba without prejudice, and other claims over which the Court has no jurisdiction without prejudice, and any state claims without prejudice. See Report at 23. Plaintiff has filed objections to the Report. See Dkt. No. 28; Objections, filed on April 26, 2019.

The Court "may accept, reject, or modify, in whole or in part, the finding or recommendations by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at *1 (M.D. Fla. May 14, 2007).

In the Objections, Ms. Ngwaba continues to argue the substance of her claims. She does not, however, identify any factual errors in the Report. Nor does she address or object to the Magistrate Judge's recommended legal conclusions. Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will overrule the Objections and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The objections set forth in Dkt. No. 28 are **OVERRULED**.
2. The Magistrate Judge's Report & Recommendation (Dkt. No. 27) is **ADOPTED** as the opinion of the Court.
3. Any claims belonging to anyone other than Ms. Ngwaba, any other claims over which the Court has no jurisdiction, and any state claims are **DISMISSED without prejudice**.
4. The Clerk of Court is directed to terminate all pending motions and deadlines as moot and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 22nd day of May, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Party